# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVETTE VELEZ, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:15-cv-03627-JHR-KMW |
| | ) |
| KOHL'S DEPARTMENT STORES, INC., | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Michael Innes* | */s/ Amy L. Bennecoff Ginsburg* |
| Michael Innes, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Kelley Drye & Warren LLP | Kimmel & Silverman, P.C. |
| 1 Jefferson Road, 2nd Floor | 30 East Butler Pike |
| Parsippany NJ, 07054 | Ambler, PA 19002 |
| Edison, NJ 08837 | Phone: 215-540-8888 |
| Phone: 973-503-5943 | Fax: 877-788-2864 |
| Fax: | Email: aginsburg@creditlaw.com |
| Email:   minnes@kelleydrye.com | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: June 22, 2016 |
| Date: June 22, 2016 | |

BY THE COURT:

_____
                                             J.

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22nd day of June, 2016:

Michael Innes, Esq.
Kelley Drye & Warren LLP
1 Jefferson Road, 2nd Floor
Parsippany NJ, 07054
Edison, NJ 08837
Phone: (973) 503-5943
Fax:
Email:   minnes@kelleydrye.com
Attorney for the Defendant

 

                                                         */s/ Amy L. Bennecoff Ginsburg*
                                                         Amy L. Benecoff Ginsburg, Esq.
                                                         Kimmel & Silverman, P.C.
                                                         30 East Butler Pike
                                                         Ambler, PA 19002
                                                         Phone: 215-540-8888
                                                         Fax: 877-788-2864
                                                         Email: aginsburg@creditlaw.com
                                                         Attorney for the Plaintiff