# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVETTE VELEZ, | ) |
|       Plaintiff, | ) |
| v. | ) Case No.: 1:15-cv-03627-JHR-KMW |
| KOHL'S DEPARTMENT STORES, INC., | ) |
|       Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Michael Innes
Michael Innes, Esq.
Kelley Drye & Warren LLP
1 Jefferson Road, 2nd Floor
Parsippany NJ, 07054
Edison, NJ 08837
Phone: 973-503-5943
Fax:
Email:   minnes@kelleydrye.com
Attorney for the Defendant

Date: June 22, 2016

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: June 22, 2016

BY THE COURT:

_____ J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22nd day of June, 2016:

Michael Innes, Esq.
Kelley Drye & Warren LLP
1 Jefferson Road, 2nd Floor
Parsippany NJ, 07054
Edison, NJ 08837
Phone: (973) 503-5943
Fax:
Email:  minnes@kelleydrye.com
Attorney for the Defendant

/s/ Amy L. Bennecoff Ginsburg
Amy L. Benecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

RECEIVED

JUN 27 2016

CHAMBERS OF
JOSEPH H. RODRIGUEZ, USDJ